UNITED STATES BANKRUPTCY COURT

__Northen__ DISTRICT OF __Illinois__

In re __Camille D Sawyers__    Case No. __09-14176__
                 Debtor         Chapter __7__

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __299—__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment for transfer any property for services in connection with this case until the Filing Fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __74 75__    Check one  ☒ With the filing of the petition, or
                              ☐ On or before _____
   $ __74 75__    on or before __4-28-09__
   $ __74 75__    on or before __5-05-09__
   $ __74 75__    on or before __5-12-09__

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   APR 21 2009
   KENNETH S. GARDNER, CLERK
   PS REP. - AI

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____
Signature of Attorney    Date    Signature of Debtor    Date __4-10-09__ (Camille D Sawyer)
                                 (In a joint case, both spouses must sign.)

_____    _____
Name of Attorney                 Signature of Joint Debtor (if any)    Date

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____    _____
Signature of Bankruptcy Petition Preparer    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156

© 1994 E•Z LEGAL FORMS®    K100-7

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern    District Of    Illinois

In re __Camille D Sawyer__,
             Debtor

Case No. __09-14176__

Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __74.75__  Check one ☑ With the filing of the petition, or
                       ☐ On or before _____

$ __74.75__  on or before __4-28-09__

$ __74.75__  on or before __5-05-09__

$ __74.75__  on or before __5-12-09__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __APR 21 2009__

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

_United States Bankruptcy Judge_